

Evan D. Haggerty | Partner
Direct 973.681.7018 | EHaggerty@goldbergsegalla.com

April 4, 2025

**Via ECF**
District Judge Edward S. Kiel
United States District Court
District of New Jersey
Mitchell H. Cohen Building & US Courthouse
4th & Cooper Streets
Camden, NJ 08101

      Re:    **Callender, et al. v. QBE Specialty Insurance Company**
               **Civil Action No.: 1:25-cv-02145-ESK-AMD**
               **G.S. File No.: 6048.0084**

Dear Judge Kiel:

My office represents Defendant, QBE Specialty Insurance Company ("QBESIC"), in the above-referenced matter. <u>With the consent of our adversary</u>, we write to request a two-week extension of time for QBESIC to respond to Plaintiffs' Complaint.

If this request is granted, QBESIC's new deadline to respond will be April 18, 2025. We thank the Court for its consideration of this matter.

                                                  Respectfully submitted,

                                                  **GOLDBERG SEGALLA LLP**

                                                  /s/ *Evan D. Haggerty*
                                                  Evan D. Haggerty

EDH:aym
cc: Daniel B. Lengeman, Esq.

**Please send mail to our scanning center at: PO Box 847, Buffalo NY 14201**

OFFICE LOCATION 1037 Raymond Boulevard, Suite 1010, Newark, NJ 07102-5423 | PHONE 973-681-7000 | FAX 973-681-7101 | www.goldbergsegalla.com
CALIFORNIA | CONNECTICUT | DELAWARE | FLORIDA | ILLINOIS | NEW JERSEY | NEW YORK | NORTH CAROLINA | MARYLAND | MISSOURI | PENNSYLVANIA
50826310