# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEVE CALLENDER AND KATHLEEN CALLENDER,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>QBE SPECIALTY INSURANCE COMPANY,<br><br>　　　　Defendants. | Civil Case No.: 1:25-cv-02145-ESK-AMD<br><br>CIVIL ACTION<br><br>QBE SPECIALTY INSURANCE COMPANY'S ANSWER, AFFIRMATIVE DEFENSES, DEMAND FOR JURY TRIAL, AND LOCAL CIVIL RULE 11.2 CERTIFICATION |

　　　　Defendant, QBE Specialty Insurance Company, (hereinafter "QBESIC" or "Defendant"), by and through its attorneys, Goldberg Segalla LLP, hereby answers the Complaint of Plaintiffs, Steve Callender and Kathleen Callender (hereinafter "Plaintiffs") as follows:

　　　　1.　　QBESIC denies the allegations contained in this paragraph except admits that it is a business duly authorized to issue policies of insurance in the state of New Jersey and maintains a place of business, but not its principal place of business, at One General Drive, Sun Prairie, WI 53596.

　　　　2.　　QBESIC denies the allegations contained in this paragraph except admits that it issued to Plaintiffs a policy of homeowners insurance, number CAAHO3-2900020716-07, for the period July 15, 2023 to July 15, 2024, regarding insured location 4104 Atlantic Brigantine Blvd., Brigantine, NJ 08203 (the "QBESIC Policy"). Defendant refers to the QBESIC Policy for its full terms, conditions, limitations, and exclusions, a copy of which is in QBESIC's possession.

　　　　3.　　The allegations in this paragraph contain legal conclusions to which no response is required. To the extent a response is required, QBESIC is without information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

4. The allegations in this paragraph contain legal conclusions to which no response is required. To the extent a response is required, QBESIC denies the allegations contained in this paragraph.

5. The allegations in this paragraph contain legal conclusions to which no response is required. To the extent a response is required, QBESIC denies the allegations contained in this paragraph.

6. QBESIC denies the allegations contained in this paragraph.

7. QBESIC denies the allegations contained in this paragraph.

**WHEREFORE**, QBESIC denies Plaintiffs are entitled to any relief and demands judgment in its favor together with costs and attorney's fees.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

QBESIC reserves the right to move to dismiss Plaintiffs' Complaint on the grounds that it fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

QBESIC performed each and every duty which was owed to Plaintiffs under the circumstances alleged in the Complaint, and QBESIC did not breach any of the terms, conditions, limitations, or exclusions of the QBESIC Policy.

### THIRD AFFIRMATIVE DEFENSE

Some or all of Plaintiffs' claims are barred by the terms, conditions, limitations, or exclusions of the QBESIC Policy, which are incorporated in their entirety.

**FOURTH AFFIRMATIVE DEFENSE**

Plaintiffs' claims may be barred in whole or in part because Plaintiffs failed to mitigate their damages.

**FIFTH AFFIRMATIVE DEFENSE**

Plaintiffs' claims are barred in whole or in part because at the time Plaintiffs filed their original Complaint, QBESIC had not been provided with a documented claim for damages to the exterior of the insured location.

**SIXTH AFFIRMATIVE DEFENSE**

The damages alleged to have been sustained by the Plaintiffs in the Complaint were fully and properly evaluated and paid by QBESIC subject to the deductible applicable to this claim.

**SEVENTH AFFIRMATIVE DEFENSE**

Plaintiffs' claims are barred in whole or in part because the damages alleged to have been sustained by the Plaintiffs in the Complaint were not caused by a direct physical loss.

**EIGHTH AFFIRMATIVE DEFENSE**

There is no coverage under the QBESIC Policy for damage to property involving collapse, including: (1) an abrupt falling down or caving in; (2) loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or 3) any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition(s) relation to (1) or (2) above.

**NINTH AFFIRMATIVE DEFENSE**

There is no coverage under the QBESIC Policy for wear and tear, marring, or deterioration; mechanical breakdown, latent defect, inherent vice or any quality in property that causes it to damage or destroy itself; smog, rust or other corrosion, or dry rot; settling, shrinking, bulging or

expansion, including resultant cracking, of bulkheads, pavements, patios, footings, foundations, walls, floors, roofs or ceilings.

### TENTH AFFIRMATIVE DEFENSE

There is no coverage under the QBESIC Policy for faulty, inadequate, or defective: design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction; materials used in repair, construction, renovation or remodeling; or maintenance.

### ELEVENTH AFFIRMATIVE DEFENSE

QBESIC reserves the right to assert additional affirmative defenses based on ongoing investigation and discovery.

### DEMAND FOR JURY TRIAL

QBESIC demands a trial by jury on all issues so triable.

### LOCAL CIVIL RULE 11.2 CERTIFICATION

I certify that, to the best of my knowledge, the matter in controversy is not the subject of any other pending or anticipated litigation in any court or arbitration proceeding, nor are there any non-parties known to Defendant that should be joined to this action

|  |  |
|---|---|
|  | **GOLDBERG SEGALLA LLP** |
| Dated: April 18, 2025 | By: */s/Evan D. Haggerty* <br> EVAN D. HAGGERTY, ESQ. <br> 1037 Raymond Blvd., Ste. 1010 <br> Newark, NJ 07102 <br> T: 973-681-7018 <br> F: 973-681-7101 <br> *Attorneys for Defendant, QBE Specialty Insurance Company* |

51000412.v1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEVE CALLENDER and KATHLEEN CALLENDER | Civil Case No.: 1:25-cv-02145-ESK-AMD |
| Plaintiffs, | |
| V. | **CERTIFICATION OF SERVICE** |
| QBE SPECIALTY INSURANCE COMPANY | |
| Defendant. | |

    I, Evan D. Haggerty, hereby certify that on this day I caused to be served a true and correct copy of the foregoing Answer upon Plaintiffs' counsel via electronic filing as follows:

ZENSTEIN KOVALSKY, LLC
Joseph A. Zenstein, Esq.
1240 Old York Road, Ste. 101
Warminster, PA 18974
jzenstein@zensteinlaw.com
*Attorneys for Plaintiffs*

                                                 **GOLDBERG SEGALLA LLP**

Dated: April 18, 2025        By:    */s/Evan D. Haggerty*
                                                   EVAN D. HAGGERTY, ESQ.
                                                   1037 Raymond Blvd., Ste. 1010
                                                   Newark, NJ 07102
                                                   T: 973-681-7018
                                                    F: 973-681-7101
                                                   *Attorneys for Defendant QBE Specialty Insurance Company*

51000412.v1